# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**THE ESTATE OF SIDNEY ZABLOWITZ,** by and through **RENA SPATZ,**
Personal Representative,
Appellant,

v.

**FIVE STAR QUALITY CARE-FL, LLC, HEARTLANDS RETIREMENT COMMUNITY-ELLICOTT CITY I, INC., FIVE STAR SENIOR LIVING, INC.** f/k/a/ **FIVE STAR QUALITY CARE, INC.,** and **BRADLEY T. BODIE** (as to **THE COURT AT PALM AIRE**),
Appellees.

No. 4D20-1666

[May 6, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19-008458.

Megan Gisclar Colter, Lisa M. Tanaka, and Donna K. Hanes of Wilkes & Associates, P.A., Tampa, for appellant.

Thomas Valdez and Kimberly J. Lopater of Quintairos, Prieto, Wood & Boya, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***